UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-23299-CIV-GOLD/McALILEY

ANGELO D. SENIA,

    Plaintiff,

v.

MARGITTA DI GENNARO and
NEW AQUARIUS CORP. d/b/a
AQUARIUS MOBILE HOME PARK,

    Defendants.
_____/

## ORDER REQUIRING SUBMISSION

THIS CAUSE is before the Court sua sponte.  On January 4, 2008, Plaintiff filed a Notice of Settlement [DE 5], and this Court subsequently entered an order requiring the parties to submit the finalized settlement agreement for review, in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).  That order [DE 6] warned the parties that failure to submit this agreement within the time frame specified below may be cause for dismissal without further notice to the partes.  No settlement agreement was submitted.  As such, the parties shall submit the settlement agreement on or before **August 15, 2008**.  Accordingly, it is hereby

ORDERED and ADJUDGED that the parties shall file the finalized settlement agreement on or before August 15, 2008.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of August, 2008.

                                                THE HONORABLE ALAN S. GOLD
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
U.S. Magistrate Judge Chris M. McAliley
All Counsel of Record