UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-23299-CIV-GOLD/McALILEY

ANGELO D. SENIA,

    Plaintiff,

v.

MARGITTA DI GENNARO and
NEW AQUARIUS CORP. d/b/a
AQUARIUS MOBILE HOME PARK,

    Defendants.
_____/

ORDER CLOSING CASE

THIS CAUSE is before the Court on the Notice of Compliance [DE 8] filed by Plaintiff on August 6, 2008.  With this Notice, Plaintiff submits correspondence on the settlement agreement entered into by the parties, and Plaintiff represents that the parties did not enter a formal settlement agreement.  Based on my review of the settlement, I conclude that it is in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).  As such, this case shall be closed.  Accordingly, it is hereby

ORDERED and ADJUDGED that this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of August, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

Copies furnished to:
U.S. Magistrate Judge Chris M. McAliley
All Counsel of Record